FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 0 2 2008

JAMES N. HATTEN, CLERK
By: J. Brannon Deputy Clerk

U.S. DISTRICT COURT
ATLANTA DIVISION

**CHARMANE SMITH**
1509 Mink Street
Memphis, TN 38111
(901) 743-5079
   Movant,

CASE NO.:

1 08-MI-0007

v.

**FEDERAL RESERVE BANK OF ATLANTA**
1000 Peachtree Street N.E.
Atlanta, Georgia 30309-4470
(404) 498-8500
   Respondent.

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO TITLE 28 U.S.C. { 1915 FED.R.CIV.P.

COMES NOW, Movant CHARMANE SMITH acting pro se and this Honorable Court for Permission to Proceed In Forma Pauperis. In support of this request, I state:

1. Movant is unemployed but receives monthly S.S.I. payments of $623.00.

2. Movant is entitled to the relief sought in the complaint.

3. I.F.P. status is being sought so that information can be obtained and used to prevent mass fraud against the public via Phishing E-mails, Fraudulent Websites, and Identity Theft through the Internet and the Federal Reserve Banking System.

4. Movant is unable to prepay fees.

WHEREFORE, MOVANT CHARMANE SMITH, respectfully requests an ORDER GRANTING IN FORMA PAUPERIS PRIVILEGE.

                          Respectfully submitted,
                          *Charmane Smith*
                         Charmane Smith, Pro Se Movant
                              1509 Mink Street
                              Memphis, TN 38111
                              (901) 743-5079
                           Date: December 28, 2007

# CONFIDENTIAL

**1 08-MI-0007**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 02 2008

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

## FINANCIAL AFFIDAVIT

**CJA 23**
Rev. 6CCA 05/23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

| IN THE CASE | FOR | LOCATION NUMBER |
|---|---|---|
| CHARMANE SMITH v.s. FEDERAL RESERVE BANK OF ATLANTA | MOTION FOR INJUNCTION AT U.S. DISTRICT COURT OF NORTHERN GEORGIA | |

**PERSON REPRESENTED** (Show your full name)

▶ **CHARMANE SMITH**

| | |
|---|---|
| 1 ☐ Defendant—Adult | |
| 2 ☐ Defendant - Juvenile | **DOCKET NUMBERS** |
| 3 ☐ Appellant | Magistrate |
| 4 ☐ Probation Violator | District Court |
| 5 ☐ Parole Violator | NORTHERN GEORGIA |
| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☑ Other  MOVANT | |

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer: N/A
IF YES, how much do you earn per month? $ N/A
IF NO, give month and year of last employment N/A
How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☑ No
IF YES, how much does your Spouse earn per month? $ N/A
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ N/A

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: N/A   $
SOURCES:

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, state total amount $ 30

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $   VALUE N/A   DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: N/A
List persons you actually support and your relationship to them: N/A

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| RENT | | $ N/A | $ 325.00 |
| VISA CARD | | $ 3,000.00 | $ VARIABLE |
| MASTERCARD | | $ 3,000.00 | $ VARIABLE |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.    Executed on (date) 12/28/07
The information herein is protected from public disclosure by the Judicial
Conference Policy on Public Access to Electronic Criminal Case Files

SIGNATURE OF DEFENDANT ▶ *Charmane Smith*
(OR PERSON REPRESENTED)